**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 23, 2015

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
\* DELIVERED VIA E-MAIL \*

Mark Anthony Moncada Estrada
TDCJ #1568684
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

Re:       Cause No. 13-13-00283-CR
Tr.Ct.No. CR-712-08-C
Style:    MARK ANTHONY MONCADA ESTRADA v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    139th District Court (DELIVERED VIA E-MAIL)
       Hon. Laura Hinojosa, Hidalgo County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)